UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT BONDS, Jr.,

Plaintiff,

v.

JENNIFER PROCTOR,

Defendant.

No. 2:25-cv-02417-DAD-SCR

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION WITH PREJUDICE

(Doc. No. 4)

Plaintiff initiated this civil action by filing a complaint on August 25, 2025, and proceeds *pro se* and *in forma pauperis*. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On October 6. 2025, the assigned magistrate judge screened plaintiff's complaint and determined it to be deficient because it failed to state a claim upon which relief may be granted and because the named defendant is a state court judge entitled to judicial immunity. (Doc. No. 3.) The magistrate judge directed plaintiff to file an amended complaint curing the noted pleading deficiencies, or a notice that he no longer wished to proceed with this action, within twenty–eight (28) days of the service of the order. (*Id*. at 2-3.) Although plaintiff was served with the order at his address of record, he did not file an amended complaint or notice of dismissal within the time provided. Accordingly, on November 17, 2025, the magistrate judge issued the pending findings and recommendations recommending that this action be dismissed

due to plaintiff's failure to state a cognizable claim and because defendant was entitled to immunity. (Doc. No. 4.) The magistrate judge also found that in light of the complaint's deficiencies and the fact that plaintiff had failed to file an amended complaint despite being provided the opportunity to do so, that the granting of leave to amend should therefore be denied as futile. (*Id.* at 3.)

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.*) Plaintiff has not filed any objections or otherwise communicated with the court, and the time in which to do so has long since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued November 17, 2025 (Doc. No. 4), are adopted in full;
2. This action is dismissed without leave to amend due to plaintiff's failure to state a claim and for seeking monetary damages against a defendant immune from such relief pursuant to 28 U.S.C. § 1915(e); and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 15, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE